# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNIUS LEISURE, II, | : | |
| *Petitioner* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT MARK | : | No. 18-1261 |
| CAPOZZA, *et al.*, | : | |
| *Respondents* | : | |

## ORDER

**AND NOW**, this 9th day of April, 2020, upon consideration of Mr. Leisure's "Motion for a Reconsideration of 'Order' Denying '*In Forma Pauperis*'" (Doc. No. 63) and his letter dated February 20, 2020 (Doc. No. 58), it is **ORDERED** that the Motion (Doc. No. 63) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE